HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAUDIA R.D. CLAVETTE, | No. 12-cv-6027 RBL |
| Plaintiff, | Order |
| v. | [Dkts. #1, 2] |
| SKAMANIA COUNTY SHERIFF, et al., | |
| Defendants. | |

**I.      INTRODUCTION**

Before the Court is Plaintiff Claudia Clavette's application to proceed *in forma pauperis*.
[Dkt. #1] and application for appointment of counsel [Dkt. #2].  For the reasons set forth below,
the Court denies the applications.

**II.      DISCUSSION**

**A.  Application to Proceed *In Forma Pauperis*.**

A district court may permit indigent litigants to proceed *in forma pauperis* upon
completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  The court has broad
discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil
actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th
Cir. 1963), *cert. denied* 375 U.S. 845 (1963).  Moreover, a court should "deny leave to proceed

Order - 1

1   *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the

2   action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369

3   (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i).  An *in forma pauperis*

4   complaint is frivolous if "it ha[s] no arguable substance in law or fact."  *Id.* (citing *Rizzo v.*

5   *Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir.

6   1984).

7       Here, the Court must deny Plaintiff's application because Plaintiff appears to be legally

8   barred.  Plaintiff already brought a suit, later dismissed, arising under these facts.  Under res

9   judicata, "a final judgment on the merits of an action precludes the parties or their privies from

10  relitigating issues that were or could have been raised in that action."  *Allen v. McCurry*, 449

11  U.S. 90, 94 (1980).  The claim is thus barred.

### III.    ORDER

13      For the reasons stated above, the Court **DENIES** the application to proceed *in forma*

14  *pauperis* [Dkt. #1] and the application to appoint counsel [Dkt. #2].  Plaintiff has **15 days** to pay

15  the filing fees or the case may be dismissed.

16

17      Dated this 11th day of January 2013.

18

19

20

21

22

23

24      Ronald B. Leighton
        United States District Judge
25

26

27

28