1          Honorable Ronald B. Leighton

2

3



4    12-CV-06027-ORD

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

| | |
|---|---|
| CLAUDIA R.D. CLAVETTE, | No. 3:12-cv-06027-RBL |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT SKAMANIA COUNTY SHERIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED.R.CIV.P. 12(C) |
| vs. | |
| SKAMANIA COUNTY SHERIFF, | |
| Defendants. | |

15        THIS MATTER is before the Court on Defendant Skamania County's Motion for

16 Judgment on the Pleadings pursuant to Fed. Rule Civ. P. 12(c). Skamania County Sherriff

17 asserts plaintiff has not stated a claim which entitles her to relief as required by Fed. Rule Civ.

18 Proc. 8(a). On April 7, 2009, a search warrant which was later ruled unlawful was executed by

19 Washington Department of Fish and Wildlife, and several items of plaintiff's property were

20 confiscated. Although plaintiff's property was returned on February 11, 2010, she claims that

21 the property was damaged while it was in the custody of the Washington Department of Fish

22 and Wildlife. Plaintiff filed her Complaint on December 5, 2012, although permission to

23 proceed was not granted until March 1, 2013.

[PROPOSED] ORDER GRANTING DEFENDANT SKAMANIA COUNTY
SHERIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO
FRCP 12(C) – PAGE 1
CAUSE NO. 3:12-cv-06027-RBL
1053974 / 1615.0009

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
ONE N. TACOMA AVE. • SUITE 200
TACOMA, WASHINGTON 98403
(253) 572-4200 • (253) 627-8408 FAX

1

2
This Court has already granted two motions to dismiss because they are time-barred by

the lack of limitations. This Court notes once more that in this district, § 1983 claims are

3
subject to the Wash. Rev. Code § 4.16.080(2)'s three-year limitations period. *See Bagley v.*

4
*CMC Real Estate Corp.*, 923 F.2d 758, 760 (9th Cir. 1991). The period begins tolling when

5
"the plaintiff knows or has reason to know of the injury." *Two Rivers v. Lewis*, 174 F.3d 987,

6
991 (9th Cir. 2008). Clavette's claims are subject to a 3 year limitations period. Plaintiff's

7
claims are time-barred and Skamania County Sheriff's for Judgment on the Pleadings is

8
GRANTED in favor of Skamania County Sheriff. Plaintiff's claims against Skamania County

9
Sheriff are DISMISSED WITH PREJUDICE.

10

11
Dated this ___ day of ___April___, 2014.

12

13

14
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
ONE N. TACOMA AVE. • SUITE 200
TACOMA, WASHINGTON 98403
(253) 572-4200 • (253) 627-8408 FAX